UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., | )<br>)<br>) |
| *Plaintiff,* | )<br>) Civil Action No.: 3:23-cv-01106-OAW |
| v. | )<br>) |
| | ) Dated: September 29, 2023 |
| BRIDGER MAHLUM, | )<br>) |
| *Defendant.* | )<br>) |

**Defendant Bridger Mahlum's Motion to Dismiss Complaint or in the alternative, To Transfer Action and for An Order Denying Temporary Restraining Order and Preliminary Injunction**

Defendant Bridger Mahlum, by his attorneys, move pursuant to Fed. R. Civ. P. 12(b)(2) for an Order Dismissing the Complaint (ECF # 1) or in the alternative, pursuant to 28 U.S.C. § 1404(a) for an Order Transferring this Action to the United States District Court for the District of Montana. Defendant also objects to and opposes Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction and therefore moves for an Order denying Plaintiff's Motions for a Temporary Restraining Order (ECF # 29), and Preliminary Injunction (ECF # 20) and for such other relief as the Court deems appropriate in the premises.

In support thereof, Defendant submits by ECF: (1) Memorandum of Law in Support of Motion to Dismiss and/or For Change of Venue, And In Opposition to Temporary Restraining Order and Preliminary Injunction Submitted by Defendant Bridger Mahlum; (2) Declaration of Bridger Mahlum (including Exhibits 1 and 2) and Declaration of Chad Adams (including Exhibits 1 and 2).

**Oral Argument Requested**

Dated: September 26, 2023
Fairfield, CT

          Respectfully submitted,

          WEISS & WEISS LLC

By: _____
          Scott A. Weiss (CT 21037)
          2000 Post Road, Suite LL 106
          Fairfield, CT 06824
          (203) 254-2707
          Scott@weissnweiss.com
          Attorneys for Bridger Mahlum, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a copy of the foregoing documents was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: September 29, 2023
Fairfield, CT

By: _____
      Scott A. Weiss
      Weiss & Weiss LLC