# Declaration of Chad Adams
# Exhibit 1-A

**Scott A. Weiss**

| | |
|---|---|
| **From:** | Chad Adams <Chad@bkbh.com> |
| **Sent:** | Thursday, September 7, 2023 1:07 PM |
| **To:** | Nathan Chapman |
| **Cc:** | Joshua Joel; Bethany Cox |
| **Subject:** | RE: [External] Charter v. Mahlum - Compliance with Court Order |

Mr. Chapman:

Mr. Mahlum is currently not performing any work for BroadbandMT, essentially sitting on his hands, pending the resolution of the TRO/preliminary injunction.

| | |
|---|---|
| Chad E. Adams | Browning, Kaleczyc, Berry & Hoven, P.C. |
| Attorney | 800 N. Last Chance Gulch, Ste. 101, Helena, MT 59601 |
| chad@bkbh.com | P.O. Box 1697, Helena, MT 59624 |
| www.bkbh.com | p. (406) 443-6820 |
| | f. (406) 443-6883 |

Confidentiality Notice - This e-mail and its attachments (if any) may contain privileged information, confidential information, proprietary information, attorney/client work product, or other information protected from disclosure by law. Any use, dissemination, disclosure or reproduction of this e-mail other than by the intended recipient as authorized by the sender is strictly prohibited. If you have received this e-mail in error, please delete this e-mail and its attachments (if any) and notify the sender via a reply e-mail, or by telephone at (406) 443-6820. It is not the intention of the sender to waive any privileges, confidentiality rights, proprietary rights or other rights relative to the information contained within this e-mail or any of its attachments.

**From:** Nathan Chapman <nchapman@kcozlaw.com>
**Sent:** Thursday, September 7, 2023 9:31 AM
**To:** Chad Adams <Chad@bkbh.com>
**Cc:** Joshua Joel <jjoel@kcozlaw.com>; Bethany Cox <Bethany@bkbh.com>
**Subject:** RE: [External] Charter v. Mahlum - Compliance with Court Order

**External Sender** - From: (Nathan Chapman <nchapman@kcozlaw.com>)
This message came from outside your organization.

Learn More

Chad, thanks for your email.  Please let us know if he is still employed by BroadbandMT.

**Nathan D. Chapman**
KABAT CHAPMAN & OZMER LLP
Direct: (404) 400-7303
Email: nchapman@kcozlaw.com

**From:** Chad Adams <Chad@bkbh.com>
**Sent:** Thursday, September 7, 2023 11:25 AM
**To:** Nathan Chapman <nchapman@kcozlaw.com>
**Cc:** Joshua Joel <jjoel@kcozlaw.com>; Bethany Cox <Bethany@bkbh.com>
**Subject:** Re: [External] Charter v. Mahlum - Compliance with Court Order