UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:23-cv-01106-OAW |
| BRIDGER MAHLUM, | ) ) ) |
| Defendant. | ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by their respective counsel, below, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby dismissed, with prejudice, the parties to bear their own attorneys' fees and costs.

Dated: Fairfield, CT
November 10, 2023

Plaintiff:

_____
**Kabat Chapman & Ozmer LLP**
Nathan Chapman
Joshua Joel
171 17th Street NW, Ste 1550
Atlanta, GA 30363
(404) 400-7300
nchapman@kcozla.com
jjoel@kcozlaw.com

\*\*\*

Emily McDonough Souza
Patricia E. Reilly
Murtha Cullina LLP

Defendant:

_____
**Weiss & Weiss LLC**
Scott A. Weiss
2000 Post Road, Ste LL 106
Fairfield, CT 06824
(203) 254-2707
scott@weissnweiss.com
Attorneys for Defendant Bridger Mahlum

265 Church Street, 9th Floor
New Haven, CT 06510
(203) 772-7723
esouza@murthalaw.com
preilly@murthalaw.com
Attorneys for Plaintiff Charter Communications, Inc.

So Ordered:

By: _____
      Hon. Omar A. Williams, U.S.D.J.
      Dated: _____